# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 09-60800 |
| **STEVEN G. TILLESKJOR, ANN M. TILLESKJOR, dba ALEXANDRIA PLUMBING and HEATING,** | |
| **Debtor(s).** | |
| **BREMER BANK, NATIONAL ASSOCIATION,** | |
| Plaintiff, | Adversary No. 09-6056 |
| v. | **JUDGMENT** |
| **STEVEN G. TILLESKJOR, ANN M. TILLESKJOR, dba ALEXANDRIA PLUMBING and HEATING,** | |
| **Defendant.** | |

This proceeding came before the Court, and a decision or Order for Judgment was duly rendered, the Honorable Dennis D. O'Brien, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

That the Debtors Steven G. Tilleskjor and Ann M. Tilleskjor, dba Alexandria Plumbing and Heating, are **HEREBY DENIED A DISCHARGE**.

Dated: August 24, 2010

Lori A. Vosejpka
Clerk of Bankruptcy Court

By  /e/ Doretta Raymond
Doretta Raymond, Judicial Assistant

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/24/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk