**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

STEVEN TILLESKJOR
ANN TILLESKJOR

Debtor(s)

Case No: 09−60800

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE DENIED

TO: All creditors and other parties in interest:

The discharge of the above case has been denied by order or judgment entered and filed on 8/24/2010 under 11 U.S.C. Section 727(a).

Dated: 8/25/10

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: qcmary
Deputy Clerk

**mnbntdnd** 12/22/2005 − kb